# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2024 KW 0335

VERSUS

INDIA ARMANI RATLIFF                                       **JUNE 3, 2024**
IN RE: BELINDA PARKER BROWN

---

In Re:      Belinda Parker Brown, applying for supervisory writs,
            22nd Judicial District Court, Parish of St. Tammany,
            No. 3163-M-2022.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to comply with the affidavit requirement of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A). Relator also failed to comply with the page numbering requirements of Rule 4-5(B). Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
    FOR THE COURT